John W. WATTS and Lucille A. WATTS, Appellants, v. Lawrence F. SPECKMAN, Judge, Jefferson Circuit Court, Appellee.

No. 10907.

United States Circuit Court of Appeals
Sixth Circuit.

Dec. 6, 1949.

R. Ruthenburg, Louisville, Ky., for appellants.

Leo T. Wolford, Louisville, Ky., Leo T. Wolford and Henry E. McElwain, Jr., Louisville, Ky., for appellee.

Before SIMONS, ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

In an appeal from an order dismissing a complaint by the appellants,

It appearing in said complaint that the appellants seek a judgment requiring the appellee to set aside the judgment entered by him in his official capacity as a Kentucky Circuit Judge, and praying for damages arising from the entry of such judgment, and

It further appearing that no allegations of diversity of citizenship or any intelligible assertion of a federal question are set forth in the complaint, and

The court perceiving no jurisdiction in the District Court to entertain the action on any ground whatsoever nor to grant the relief prayed should jurisdiction be established,

It is ordered that the judgment below be and it is hereby affirmed.

Jim WHITE, Appellant, v. UNITED STATES of America, Appellee.

No. 6022.

United States Court of Appeals
Fourth Circuit.

Argued Jan. 4, 1950.

Decided Jan. 9, 1950.

Jim White, pro se.

Ben Scott Whaley, United States Attorney, Charleston, S. C. (Louis M. Shimel, Assistant United States Attorney, Charleston, S. C., on brief), for appellee.

Before PARKER and DOBIE, Circuit Judges, and WARLICK, District Judge.

PER CURIAM.

This is an appeal from denial of a motion made under 28 U.S.C.A. § 2255 to vacate the judgment and sentence in a criminal case. The motion is entirely without merit and the order denying it is affirmed on authority of Taylor v. United States, 4 Cir., 177 F.2d 194, and Dennis v. United States, 4 Cir., 177 F.2d 195.

Affirmed.